IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON SIARKIEWICZ,
    Petitioner,

vs.                                          CASE NO.: 4:07cv383/SPM/MD

JAMES R. MCDONOUGH,
    Respondent.

## O R D E R

    Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. However, he has failed to pay the five dollar filing fee or submit an application for leave to proceed *in forma pauperis*.

    Accordingly, it is ORDERED:

    1.    The Clerk shall forward to the petitioner an *in forma pauperis* application form. This case number should be written on the form.

    2.    Within THIRTY (30) DAYS from the date of this order, petitioner shall submit to the clerk of this court either a completed application for leave to proceed *in forma pauperis* along with all required supporting documentation, or in the alternative, payment of $5.00.

    3.    Failure of petitioner to comply with this order may result in a recommendation to the District Court that this case be dismissed.

    DONE AND ORDERED this 11th day of September, 2007.

/s/ *Miles Davis*
                MILES DAVIS
                UNITED STATES MAGISTRATE JUDGE