IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON SIARKIEWICZ,

    Petitioner,

v.                                CASE NO. 4:07cv383-SPM/MD

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 18, 2009 (doc. 21).  Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 21) is ADOPTED and incorporated by reference in this order.

    2.    The 2254 petition for writ of habeas corpus is denied.

DONE AND ORDERED this 30th day of March, 2009.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge